■

In the Matter of the Estate of IDA SCHMITH, Deceased. ESTHER KRAMER, as Administratrix De Bonis Non of the Estate of IDA SCHMITH, Deceased, Respondent; CELIA SCHMITH, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See ante, p. 884.]

## SECOND DEPARTMENT, OCTOBER, 1952.

## (October 6, 1952.)

■

In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE SECOND AND TENTH JUDICIAL DISTRICTS.— Pursuant to the provisions of rule 1 of the Rules of Civil Practice, James J. McDonough, Esq., a practicing lawyer of Mineola, Nassau County, New York, is hereby appointed a member of the Committee on Character and Fitness of applicants for admission to the Bar in and for the Second and Tenth Judicial Districts in said Department; such appointment to take effect on October 6, 1952. Present — Nolan, P. J., Carswell, Johnston, Adel, Wenzel and MacCrate, JJ.

■

ARTHUR L. BRUNING, Appellant, v. OLIVE R. BRUNING, Respondent, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court dated June 30, 1952, properly made? Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See ante, p. 831.]

■

ITHACA HOMES, INC., Appellant, v. IAN WOODNER et al., Individually and as Sole Common Stockholders of FENWOOD SEC. A CORP. and Other Corporations, Respondents.— Motion referred to the court that rendered the decision. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, with $10 costs. Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ. [See ante, p. 896.]

■

In the Matter of the Application of JOSEPH J. FELD for an Order Showing Him as Being a Duly Authorized and Licensed Attorney in All the Courts of this State.— Application denied. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ.

■

In the Matter of JULIA A. FORHAN, Respondent. RICHARD J. FORHAN, as Trustee, et al., Appellants; MARIE K. PEDRICK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See ante, p. 811.]